UNITED STATES DISTRICT COURT
SOUTHREN DISTRICT OF NEW YORK

| | |
|---|---|
| BOBBY LOPEZ,<br>      Plaintiff,<br><br> -against-<br><br>THE CITY OF NEW YORK, JOHN DOE and JANE DOE #1-10 (the names John and Jane Doe being fictitious, as the true names are presently unknown),<br>      Defendants. | 16 CV 6658 (ALC)<br><br>**NOTICE OF DISMISSAL** |

  TAKE NOTICE, the Plaintiff, BOBBY LOPEZ, by his attorneys, The Law Offices of Ugo Uzoh, P.C., hereby dismisses the instant action in its entirety without prejudice.

Dated: Brooklyn, New York
   October 4, 2016

           UGO UZOH, P.C.


              /s/Ugochukwu Uzoh
     By: Ugochukwu Uzoh (UU-9076)
        Attorney for the Plaintiff
        304 Livingston Street, Suite 2R
        Brooklyn, N.Y. 11217
        Tel. No: (718) 874-6045
        Fax No: (718) 576-2685
        Email: u.ugochukwu@yahoo.com